**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**Civil Action No. 3:25-cv-580-MOC-SCR**

| | |
|---|---|
| **CRAIG EDWARD MARSHALL REYNOLDS**,<br><br>       Plaintiff,<br><br>  v.<br><br>**TYLER TECHNOLOGIES, INC., ELISA CHINN-GARY, in her individual capacity, and HON. APRIL MACK, in her individual capacity**,<br><br>       Defendants. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

      Plaintiff Craig Edward Marshall Reynolds and Defendant Tyler Technologies, Inc. hereby stipulate that all claims and causes of action in this matter against Defendant Tyler Technologies, Inc. are hereby **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and expenses.

      This the 16th day of December, 2025.

_____

Craig Edward Marshall Reynolds
*Plaintiff, pro se*

*/s/ Gregory L. Skidmore*

Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@rbh.com

Patrick H. Hill
N.C. Bar No. 57755
phill@rbh.com

Clara Nieman
N.C. Bar No. 61032
cnieman@rbh.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*